UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Westfield Specialty as subrogor of Ariat International Inc.,

           Plaintiff,

-against-

Orient Overseas Container Line Limited,

           Defendant.

1:25-cv-03023 (JAV) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    This case has been referred to the undersigned for general pretrial management. (Referral Order, ECF No. 6.) The parties (or, if no defendant has appeared in the case, only the plaintiff) are directed to appear for a telephone conference on Tuesday, August 5, 2025, at 2:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

    If Plaintiff's counsel has been in communication with Defendant, Plaintiff's counsel shall advise Defendant of the scheduling of the conference. If Defendant has not appeared as of the date of the telephone conference, Plaintiff still is required to appear.

SO ORDERED.

Dated:    New York, New York
            July 21, 2025

                                        _____
                                        STEWART D. AARON
                                        United States Magistrate Judge